# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00681-CR

**Richard Nesmith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-07-904100, HONORABLE MELISSA YOUNG GOODWIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Nesmith was convicted, based on guilty pleas, of one count of aggravated sexual assault of a child, five counts of indecency with a child by contact, and one count of indecency with a child by exposure. According to the judgments on each count, he was sentenced consistent with his plea bargain to twenty-five years in prison, with all sentences to be served concurrently. The trial court signed a certification that Nesmith waived his right to appeal, and Nesmith and his attorney both signed the certification. By rule, we must dismiss this appeal. *See* Tex. R. App. P. 25.2(d).

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed

Filed: December 12, 2008

Do Not Publish